IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WADE MASON | : | CIVIL ACTION |
| v. | : | |
| DOCTOR PEIRCE, et al. | : | NO. 13-2498 |

**O R D E R**

AND NOW, this 12 day of July, 2013, having considered plaintiff's amended complaints (Document Nos. 8 and 9), and in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaints are **DISMISSED** pursuant to 28 U.S.C. § 1915 (e).

2. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

_/s/ Thomas N. O'Neill_
THOMAS N. O'NEILL, JR., J.