IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WADE MASON : CIVIL ACTION
:
v. :
:
DOCTOR PEIRCE, et al. : NO. 13-2498

O R D E R

AND NOW, this /2 day of July, 2013, having considered plaintiff's amended complaints (Document Nos. 8 and 9), and in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED that:

1. Plaintiff's amended complaints are **DISMISSED** pursuant to 28 U.S.C. § 1915 (e).

2. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

/s/ Thomas N. O'Neill
THOMAS N. O'NEILL, JR., J.